UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angela K. Brown,                                           Case No. 3:23-cv-638

                    Plaintiff,

        v.                                                        ORDER AND
                                                              JUDGEMENT ENTRY

Commissioner of Social Security,

                    Defendant.

On January 30, 2024, United States Magistrate Judge Jennifer Dowdell Armstrong issued a

Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social

Security's decision denying Plaintiff's application for Disability Insurance Benefits.  (Doc. No. 10).

In the R & R, she notified the parties that pursuant to Local Rule 72.3(b),  "**Any party may object

to a Magistrate Judge's proposed findings, recommendations or report made pursuant to

Fed. R. Civ. P. 72(b) within fourteen (14) days after being served with a copy thereof, and

failure to file timely objections within the fourteen (14) day period shall constitute a waiver

of subsequent review, absent a showing of good cause for such failure.**"  (*Id.* at 14 (quoting

Local R. 72.3(b))) (emphasis added by Judge Armstrong).

More than fourteen days have passed, and no party has filed any objection to Judge

Armstrong's R & R.  Accordingly, I conclude the failure to timely file objections to constitute a

waiver of subsequent review and adopt the R & R in its entirety as the final Order of this Court.

The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

                                                        s/ Jeffrey J. Helmick_____
                                                        United States District Judge